IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES T. HOYE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 7:14cv00124 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD CLARKE, et al., | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** as follows:

1. The court's March 20, 2015 Dismissal Order (Dkt. # 39) adopting the report and recommendation is **VACATED**;

2. Plaintiff's objections to the report and recommendation (Dkt. # 40) are deemed timely filed;

3. Plaintiff's motion for reconsideration (Dkt. # 41) is **DENIED as moot**;

4. Plaintiff's objections to the report and recommendation are **OVERRULED** and the magistrate judge's report and recommendation (Dkt. # 38) is **ADOPTED**;

5. Plaintiff's motion to amend the complaint (Dkt. # 33) is **DENIED**.

6. Defendants' motion for summary judgment (Dkt. # 24) is **GRANTED**;

7. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a copy of this Order to the pro se plaintiff and to counsel of record.

Entered: May 27, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge